MICHAEL SALVINO, Appellant, v. VICTOR RUZZO et al., Respondents.— Application for stay of the execution of the order referring the issues in this case to an Official Referee, pending the appeal taken from the said order, granted, without costs. Motion to dismiss appeal denied, without costs. It does not appear to us that this case was one in which a compulsory reference could be had under section 466 of the Civil Practice Act. Sections 116 and 117 of the Judiciary Law must be read in conjunction with this section of the Civil Practice Act. (*Newcomb* v. *Newcomb*, 281 App. Div. 689.)    Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Estate of EUGENE H. WOOD, Deceased.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [203 Misc. 809.]

In the Matter of the Claim of MARTIN BREAULT, Appellant, against CENTRAL NEW YORK INSULATING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 904.]

CHARLES FISHBEIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31229.) — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 600.]

In the Matter of the CITY OF ALBANY, Petitioner, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted, without costs, and this court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 554.]